FILED

07 DEC 27 PM 12: 21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '07 CR 3480 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery |
| DANIEL WILLIAM MURPHY, | |
| Defendant. | |

The grand jury charges:

On or about February 17, 2005, within the Southern District of California, defendant DANIEL WILLIAM MURPHY, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Union Bank of California, 8630 Lake Murray Blvd., San Diego, California, the sum of approximately $4,397.00, belonging to and in the care, custody, control, management, and possession of Union Bank of California, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

DATED: December 27, 2007.

A TRUE BILL:

_Thomas R. Lyon_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _Caroline P. Han_
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:nlv:San Diego
12/21/07