USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

# ORIGINAL

In the United States District Court

for the **Southern** DISTRICT OF **California**

UNITED STATES OF AMERICA

V.

DANNY WILLIAM MURPHY

CRIMINAL NUMBER: 07CR3480-JM

FILED 08 JAN 24 PM 12:28 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **DANNY WILLIAM MURPHY**, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Western** District of **Texas** in which I, **am held**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Jan 9 2007 at 1:45 pm.

Danny William Murphy
(Defendant)

X _[signature]_ (Witness)

_[signature]_ (Counsel for Defendants)

_[signature]_
(Assistant United States Attorney)

Approved

Asst. _[signature]_
United States Attorney for the
**Southern** District of
**California**

_[signature]_ for JKS
United States Attorney for the
**Western** District of
**Texas**