# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 29, 2008

To:    UNITED STATES DISTRICT COURT
        CLERK'S OFFICE
        MR. RICHARD DELGADO
        511 EAST SAN ANTONIO AVENUE, ROOM 219
        EL PASO, TEXAS 79901

Re Consent Transfer of Case for Plea (Under Rule 20)
Criminal Case No. 07cr3480-JM    USA vs. Daniel William Murphy

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

    1)    Certified copy of the Indictment/Information
    2)    Certified copy of Consent of Defendant to Transfer
    3)    Certified copy of the docket sheet

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

        Sincerely yours,

        W. Samuel Hamrick, Jr.
        Clerk of Court

        By    S/ T. Lee
        , Deputy Clerk

cc:    U.S. Attorney, San Diego
        U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

        CLERK, U.S. DISTRICT COURT
        By
        Deputy Clerk