# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
2008 FEB -6 PM 4:20
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
FEB 01 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

JUDGE FRANK MONTALVO

January 25, 2008

To:   CLERK, U.S. DISTRICT COURT
      G-65 John H. Wood, Jr.
      United States Courthouse
      655 East Durango Boulevard
      San Antonio, TX 78206

E **08CR0283**

Re: Consent to Transfer of Case for Plea (Under Rule 20)
Criminal Case No. 07cr3480-JM U.S.A. vs. Daniel William Murphy
To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)   Certified copy of the Indictment/Information
2)   Certified copy of Consent of Defendant to Transfer
3)   Certified copy of the docket sheet

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By __S/ T. Lee__
    Deputy Clerk

cc:   U.S. Attorney, San Diego
      U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

CLERK, U.S. DISTRICT COURT
By_____
Deputy Clerk